Derek Brown
Utah Attorney General
DAVID N. WOLF (6688)
KEITH W. BARLOW (15532)
JORDEN W. TRUMAN (19718)
Assistant Utah Attorneys General
OFFICE OF THE UTAH ATTORNEY GENERAL
Telephone: (385) 584-6509
dnwolf@agutah.gov
kwbarlow@agutah.gov
jwtruman@agutah.gov

*Counsel for Defendants*

HEATHER CHESTNUT (6934)
Assistant Utah Attorney General
OFFICE OF THE UTAH ATTORNEY GENERAL
Telephone: (385) 584-6509
hchesnut@agutah.gov

*Counsel for Utah Department of Corrections*

STEPHANIE SAPERSTEIN (5541)
MOLLIE MCDONALD (8589)
Assistant Utah Attorneys General
OFFICE OF THE UTAH ATTORNEY GENERAL
Telephone: (385) 584-6509
stephaniesaperstein@agutah.gov
mlmcdonald@agutah.gov

*Counsel for Utah Department of Health and Human Services*

### IN THE UNITED STATES DISTRICT COURT
### DISTRICT OF UTAH

| | |
|---|---|
| VIRGINIA TUCKER, STEPHANIE DOMBROSKI, SANDY PHILLIPS, DAKOTA GRUNWALD, and AMBERLI K. MORRIGAN,<br><br>*Plaintiffs*,<br><br>v.<br><br>UTAH DEPARTMENT OF CORRECTIONS; JARED GARCIA, EXECUTIVE DIRECTOR OF THE UTAH DEPARTMENT OF CORRECTIONS, *in his official capacity*; SHARON D'AMICO, WARDEN OF THE UTAH STATE CORRECTIONAL FACILITY, *in her official capacity*; UTAH DEPARTMENT OF HEALTH AND HUMAN SERVICES; TRACY GRUBER, | **REQUEST FOR ORAL ARGUMENT ON DEFENDANTS' MOTION FOR SUMMARY JUDGMENT**<br><br>Case No. 2:25-cv-01108<br><br>Honorable Judge Tena Campbell<br><br>Magistrate Judge Jared C. Bennett |

| | |
|---|---|
| EXECUTIVE DIRECTOR OF THE UTAH DEPARTMENT OF HEALTH AND HUMAN SERVICES, *in her official capacity*; DR. STACEY BANK, EXECUTIVE MEDICAL DIRECTOR OF CLINICAL SERVICES UTAH DEPARMENT OF HEALTH AND HUMAN SERVICES, *in her official capacity*; *and* DR. MARCUS WISNER, DIRECTOR OF CORRECTIONAL HEALTH SERVICES, UTAH DEPARTMENT OF HEALTH AND HUMAN SERVICES, *in his official capacity*.<br><br>    *Defendants*. | |

Pursuant to DUCivR 7-1(g), Defendants submit this Request for Oral Argument on Defendants' Motion for Summary Judgment.

On March 6, 2026, Defendants submitted their Motion for Summary Judgment on Exhaustion ("MSJ"). (Defs.' Mot. for Summ. J. on Pls.' Failure to Exhaust, ECF No. 56.) In the MSJ, Defendants assert the affirmative defense that Plaintiffs failed to exhaust their administrative remedies under the Prison Litigation Reform Act.

Because the MSJ raises potentially dispositive defenses, good cause exists for the Court to hear oral argument. As it stands, the Court will hear argument on Defendants' Motion to Dismiss and Plaintiffs' Motion for Preliminary Injunction ("PI Motion") on April 28-29th. (*See* Order Terminating Mot. as Moot and Amend. Briefing Schedule, ECF No. 53.) If Defendants prevail on the MSJ, it will significantly narrow or moot many claims, issues, arguments, parties, and defenses implicated in the PI Motion and other aspects of this case. Further, should the MSJ result in dismissal of parties or claims for failure to exhaust, those matters need not be addressed at the April 28-29th hearing.

For purposes of efficiency, Defendants respectfully request that oral argument on the MSJ be set, if possible, at the Court's earliest convenience prior to the April 28-29th hearing. Addressing the MSJ first would be more efficient for the parties and the court.

In the alternative, if the Court is unavailable to schedule a hearing on the MSJ prior to April 28th, Defendants request that the Court add the MSJ to the April 28-29th hearing and that the MSJ be the first motion heard at the hearing.

DATED: March 13th, 2026.

> Derek Brown
> Utah Attorney General
>
> *Jorden W. Truman*
> DAVID WOLF
> KEITH W. BARLOW
> JORDEN W. TRUMAN
> Assistant Utah Attorneys General
> *Counsel for Defendants*

# CERTIFICATE OF SERVICE

I hereby certify that on March 13, 2026, the foregoing, *Request for Oral Argument on Defendants' Motion for Summary Judgment*, was filed using the Court's electronic filing system, which gave notice to the following:

Abigail Julia Cook
ACLU OF UTAH
311 S STATE ST
SALT LAKE CITY, UT 84103
801-871-8926
Email: acook@acluutah.org
*Attorney for Plaintiffs*

Jason Michael Groth
311 S STATE ST STE 310
SALT LAKE CITY, UT 84111
563-419-4261
Fax: 801-532-2850
Email: jgroth@acluutah.org
*Attorney for Plaintiffs*

Thomas Ford , Jr.
AM CIVIL LIBERTIES UNION OF
UT FOUNDATION
311 S STATE ST STE 310
SALT LAKE CITY, UT 84111
801-521-9862
Email: tford@acluutah.org
*Attorney for Plaintiffs*

David W. Tufts
DENTONS DURHAM JONES
& PINEGAR PC
111 S MAIN ST STE 2400
PO BOX 4050
SALT LAKE CITY, UT 84110-4050
801-415-3000
Fax: 801-415-3500
Email: david.tufts@dentons.com
*Attorney for Plaintiffs*

Correction Section (FYI)
UTAH ATTORNEY GENERAL'S OFFICE
LITIGATION UNIT
160 E 300 S 6TH FL
PO BOX 140856
SALT LAKE CITY, UT 84114-0856
(801)366-0100
Email: inmateissues@agutah.gov
*Party to be Noticed*

Prisoner Litigation Unit
US District Court, District of Utah
utdecf_prisonerlitigationunit@utd.uscourts.gov
*Party to be Noticed*

*/s/ Mariann Christesen*
MARIANN CHRISTESEN
Legal Assistant