David W. Tufts (Bar No. 8736)
DENTONS DURHAM JONES PINEGAR P.C.
111 South Main Street, Suite 2400
Salt Lake City, UT 84111
Telephone: 801-415-3000
Email: david.tufts@dentons.com

*Counsel for Plaintiffs*
[Additional Counsel on Following Page]

## IN THE UNITED STATES DISTRICT COURT
## DISTRICT OF UTAH

| | |
|---|---|
| VIRGINIA TUCKER, STEPHANIE DOMBROSKI, SANDY PHILLIPS, DAKOTA GRUNWALD, and AMBERLI K. MORRIGAN<br><br>Plaintiffs,<br><br>v.<br><br>UTAH DEPARTMENT OF CORRECTIONS; JARED GARCIA, EXECUTIVE DIRECTOR OF THE UTAH DEPARTMENT OF CORRECTIONS, *in his official capacity*; SHARON D'AMICO, WARDEN OF THE UTAH STATE CORRECTIONAL FACILITY, *in her official capacity*; UTAH DEPARTMENT OF HEALTH AND HUMAN SERVICES; TRACY GRUBER, EXECUTIVE DIRECTOR OF THE UTAH DEPARTMENT OF HEALTH AND HUMAN SERVICES, *in her official capacity*; DR. STACEY BANK, EXECUTIVE MEDICAL DIRECTOR OF CLINICAL SERVICES UTAH DEPARTMENT OF HEALTH AND HUMAN SERVICES, *in her official capacity; and* DR. MARCUS WISNER, DIRECTOR OF CORRECTIONAL HEALTH SERVICES, UTAH DEPARTMENT OF HEALTH AND HUMAN SERVICES, *in his official capacity.*<br><br>Defendants. | **PLAINTIFFS' OPPOSITION TO DEFENDANTS' REQUEST FOR ORAL ARGUMENT ON MOTION FOR SUMMARY JUDGMENT**<br><br>Civil Case No.: 2:25-cv-01108-TC<br><br>Judge Tena Campbell |

Jacqueline A. Domenella\*
Diane O'Connell\*
DENTONS US LLP
233 South Wacker Drive, Suite 5900
Chicago, IL 60606-6361
Telephone: 312-876-8000
Email: jacqui.domenella@dentons.com
Email: diane.oconnell@dentons.com

Evan Wolfson\*
Hannah Rochford\*
DENTONS US LLP
1221 Avenue of the Americas
New York, NY 10020-1089
Telephone: 212-768-6700
Email: evan@freedomtomarry.org
Email: hannah.rochford@dentons.com

Anna Isernia\*
DENTONS US LLP
1900 K Street NW
Washington, DC 20006
Telephone: 202-496-7500
Email: anna.isernia@dentons.com

Jason M. Groth (Bar No. 16683)
Abigail Cook (Bar No. 19781)
Tom Ford (Bar No. 19795)
ACLU OF UTAH FOUNDATION, INC.
311 South State St., Suite 310
Salt Lake City, UT 84111
Telephone: 801-521-9862
Email: jgroth@acluutah.org
Email: acook@acluutah.org
Email: tford@acluutah.org

Sonja D. Kerr\*
Elizabeth P. Dankers\*
LAMBDA LEGAL DEFENSE
AND EDUCATION FUND, INC.
3500 Oak Lawn Avenue, Suite 500
Dallas, TX 75219
Telephone: 610-675-7192
Email: skerr@lambdalegal.org
Email: ldankers@lambdalegal.org

Richard Saenz\*
Whit Washington\*
LAMBDA LEGAL DEFENSE
AND EDUCATION FUND, INC.
120 Wall Street, 19th Floor
New York, NY 10005
Telephone: 212-809-8585
Email: rsaenz@lambdalegal.org
Email: wwashington@lambdalegal.org

*Counsel for Plaintiffs*

\**Pro hac vice* granted by the Court.

Plaintiffs Virginia Tucker, Stephanie Dombroski, Sandy Phillips, Dakota Grunwald, and Amberli K. Morrigan ("Plaintiffs") submit this Opposition to Defendants' Request for Oral Argument on their Motion for Summary Judgment. It is Plaintiffs' position that there is no good cause for the Court to grant Defendants' request for oral argument on Defendants' Motion for Summary Judgment because a hearing at this point is premature, is unnecessary, and would be a waste of this Court's and the parties' time and resources.

Plaintiffs filed this action on December 9, 2025, alleging violations of their Eighth Amendment Rights and the American with Disabilities Act ("ADAAA") based on Defendants' deliberate indifference to Plaintiffs Ms. Tucker, Ms. Dombroski, and Ms. Phillips' serious medical condition of gender dysphoria and, as to all Plaintiffs, discrimination because of their disability of gender dysphoria by Defendants. (ECF No. 1.) On January 16, 2026, Plaintiffs Ms. Tucker, Ms. Dombroski, and Ms. Phillips filed a Motion for Preliminary Injunction seeking an order requiring Defendants to provide them with adequate medical care including medically necessary hormone therapy for the treatment of their gender dysphoria. (ECF No. 34.)

On January 23, 2026, Defendants filed their Motion to Dismiss, notifying Plaintiffs and the Court for the first time that one of the challenged policies, AG37, is purportedly no longer in effect and was replaced by GEN-29.00. (ECF No. 45.) Based on Defendants' representations, Plaintiffs filed a First Amended Complaint on February 20, 2026, to address the alleged change in policy. (ECF No. 52.) Thereafter, on March 6, 2026, Defendants filed a renewed Motion to Dismiss (ECF No. 54) and a Motion for Summary Judgment on the issue of exhaustion of administrative remedies under the Prison Litigation Reform Act ("PLRA") (ECF No. 55). The Court previously set a hearing on the Motion to Dismiss and Motion for Preliminary Injunction for April 28-29, 2026.

(ECF No. 50.) Defendants now seek to set oral argument on their Motion for Summary Judgment. Plaintiffs oppose that request.

As demonstrated by the above sequence of events, Defendants' Motion for Summary Judgment is far too premature to be heard by the Court at this time. No discovery has occurred in this action,[1] nor have Defendants answered the Complaint. Defendants' Motion for Summary Judgment is based solely on documents in Defendants' possession that were not even produced to the Plaintiffs until the filing of Defendants' Motion for Summary Judgment. As will be set forth in detail in Plaintiffs' Opposition to Defendants' Motion for Summary Judgment, there are numerous disputed issues of fact that cannot be resolved without discovery, such as the availability of Defendants' grievance procedures and the actions taken by Defendants in response to Plaintiffs' grievances. To hold oral argument on Defendants' Motion at this stage before Plaintiffs have the chance to take discovery would be a waste of the Court's and the parties' resources as Defendants' Motion can easily be denied on the papers, if considered at all at this early stage.

If the Court is inclined to hold oral argument on Defendants' Motion for Summary Judgment, notwithstanding Plaintiffs' lack of any discovery as contemplated by Rule 56(d), Plaintiffs request that the Court set aside additional time the week of April 27, 2026. Simply adding Defendants' Motion for Summary Judgment to the previously scheduled two-day hearing on April 28-29 substantially prejudices Plaintiffs on their Motion for Preliminary Injunction as it reduces the amount of time available for argument and presentation of witnesses on that motion.

---

[1] Pursuant to the Court's February 3, 2026 Order, the parties' Rule 26(f) Conference and the resulting Scheduling Order are stayed pending the Motion to Dismiss. (ECF No. 51.) The Order also provides that Plaintiffs would need to file a Motion for Expedited Discovery to begin discovery prior to the Rule 26(f) Conference. (*Id*. at ¶ 7.)

Additionally, numerous counsel for Plaintiffs are traveling from out of state in order to appear in-person for the hearing and would need to revise their travel plans to accommodate additional time needed. Thus, Plaintiffs request that if oral argument is to be set on the Motion for Summary Judgment, the Court set aside an additional half day or full day in order to thoroughly address all three pending motions.

Respectfully submitted March 20, 2026,

<div style="display:flex;justify-content:space-between;">
<div>

Jacqueline A. Domenella*
Diane O'Connell*
DENTONS US LLP
233 South Wacker Drive, Suite 5900
Chicago, IL 60606-6361
Telephone: 312-876-8000
Email: jacqui.domenella@dentons.com
Email: diane.oconnell@dentons.com

Evan Wolfson*
Hannah Rochford*
DENTONS US LLP
1221 Avenue of the Americas
New York, NY 10020-1089
Telephone: 212-768-6700
Email: evan@freedomtomarry.org
Email: hannah.rochford@dentons.com

Anna Isernia*
DENTONS US LLP
1900 K Street NW
Washington, DC 20006
Telephone: 202-496-7500
Email: anna.isernia@dentons.com

</div>
<div>

  s/ *David W. Tufts*
David W. Tufts (Bar No. 8736)
DENTONS DURHAM JONES PINEGAR P.C.
111 South Main Street, Suite 2400
Salt Lake City, UT 84111
Telephone: 801-415-3000
Email: david.tufts@dentons.com

Jason M. Groth (Bar No. 16683)
Abigail Cook (Bar No. 19781)
Tom Ford (Bar No. 19795)
ACLU OF UTAH FOUNDATION, INC.
311 South State St., Suite 310
Salt Lake City, UT 84111
Telephone: 801-521-9862
Email: jgroth@acluutah.org
Email: acook@acluutah.org
Email: tford@acluutah.org

Sonja D. Kerr*
Elizabeth P. Dankers*
LAMBDA LEGAL DEFENSE
AND EDUCATION FUND, INC.
3500 Oak Lawn Avenue, Suite 500
Dallas, TX 75219
Telephone: 610-675-7192
Email: skerr@lambdalegal.org
Email: ldankers@lambdalegal.org

Richard Saenz*
Whit Washington*
LAMBDA LEGAL DEFENSE

</div>
</div>

3

AND EDUCATION FUND, INC.
120 Wall Street, 19th Floor
New York, NY 10005
Telephone: 212-809-8585
Email: rsaenz@lambdalegal.org
Email: wwashington@lambdalegal.org

*Counsel for Plaintiffs*

*\*Pro hac vice* granted by the Court.

4

## CERTIFICATE OF SERVICE

I hereby certify that on March 20, 2026, a true and correct copy of the foregoing was filed using the Court's electronic filing system, which caused the same to be served upon all counsel of record.

_/s/ Kristin Hughes_

SL_8864876.1