IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| VIRGINIA TUCKER, STEPHANIE DOMBROSKI, SANDY PHILLIPS, DAKOTA GRUNWALD, and AMBERLI K. MORRIGAN,<br><br>          Plaintiffs,<br><br>v.<br><br>UTAH DEPARTMENT OF CORRECTIONS; JARED GARCIA, Executive Director of the Utah Department of Corrections, in his official capacity; SHARON D'AMICO, Warden of the Utah State Correctional Facility, in her official capacity; UTAH DEPARTMENT OF HEALTH AND HUMAN SERVICES; TRACY GRUBER, Executive Director of the Utah Department of Health and Human Services, in her official capacity; DR. STACEY BANK, Executive Medical Director of Clinical Services Utah Department of Health and Human Services, in her official capacity; and DR. MARCUS WISNER, Director of Correctional Health Services, Utah Department of Health and Human Services, in his official capacity,<br><br>          Defendants. | **ORDER GRANTING REQUEST FOR ORAL ARGUMENT AND SETTING ADDITIONAL BRIEFING DEADLINES**<br><br><br>Case No. 2:25-cv-01108<br><br>Judge Tena Campbell |

Before the court is the Defendants' request for oral argument on their Motion for Summary Judgment concerning whether the Plaintiffs exhausted their claims under the Prison Litigation Reform Act. (Defs.' Request Oral Argument, ECF No. 62; Defs.' Mot. Summ. J., ECF No. 55.) The court noted that it was willing to hear argument on the motion on April 28 and 29, 2026, at the hearing that the court has already scheduled for argument on the Plaintiffs'

1

Motion for a Preliminary Injunction and the Defendants' Motion to Dismiss.  (Dkt. Text Order, Mar. 13, 2026, ECF No. 63.)  But the court allowed the Plaintiffs an opportunity to object to this proposal before the court entered an amended notice of hearing.

The Plaintiffs then filed objections, arguing that the Motion for Summary Judgment is premature because no discovery has occurred.  (Pls.' Objs., ECF No. 68 at 4.)  The Plaintiffs may be correct, but the Defendants may also be correct in their assertion that the court must resolve any exhaustion arguments before granting the relief that the Plaintiffs request.  Because the court wishes to avoid prejudging the merits of these arguments before receiving full briefing, the court finds the wisest course is to allow all parties to make their arguments on all pending issues—including any Rule 56(d) motion that the Plaintiffs wish to file[1]—at the scheduled hearing.  The court sets additional deadlines for briefing on the exhaustion and discovery matters to ensure that the court has reviewed all relevant arguments before the hearing.

While the court recognizes the Plaintiffs' concerns about adding more arguments to a crowded hearing, the court reminds counsel to be succinct in their representations to the court. After careful consideration of the briefing, the court may find that it does not need to hear extensive argument on some issues.  In any event, the court is confident that all parties will have the opportunity to tell the court everything the court needs to know within the two days set for hearing.

## ORDER

In addition to the deadlines set in the court's previous order (see Order Amending Briefing Sched., Feb. 23, 2026, ECF No. 53), the court ORDERS as follows:

---

[1] This court's local rules require that any request for relief under Rule 56(d) of the Federal Rules of Civil Procedure be filed as a separate motion.  See DUCivR 7-1(a)(3).

1.      The Plaintiffs' opposition to the Defendants' Motion for Summary Judgment is due April 3, 2026.  The Plaintiffs must also file any motion for relief under Rule 56(d) by that date.

2.      The Defendants' reply in support of their Motion for Summary Judgment and any opposition to the Plaintiffs' Rule 56(d) motion are due April 17, 2026.

3.      The Plaintiffs must file any reply in support of their Rule 56(d) motion by April 27, 2026.

4.      On April 28 and 29, 2026, the court will hear argument on the Defendants' Motion for Summary Judgment and on any Rule 56(d) motion filed by the Plaintiffs.

DATED this 23rd day of March, 2026.

BY THE COURT:

Tena Campbell
United States District Judge