Jason M. Groth (Bar No. 16683)
ACLU OF UTAH FOUNDATION, INC.
311 South State St., Suite 310
Salt Lake City, UT 84111
Telephone: 801-521-9862
Email: jgroth@acluutah.org

*Counsel for Plaintiffs*
[Additional Counsel on Following Page]

---

## IN THE UNITED STATES DISTRICT COURT
## DISTRICT OF UTAH

| | |
|---|---|
| VIRGINIA TUCKER, STEPHANIE DOMBROSKI, SANDY PHILLIPS, DAKOTA GRUNWALD, and AMBERLI K. MORRIGAN,<br><br>Plaintiffs,<br><br>v.<br><br>UTAH DEPARTMENT OF CORRECTIONS; JARED GARCIA, EXECUTIVE DIRECTOR OF THE UTAH DEPARTMENT OF CORRECTIONS, *in his official capacity*; SHARON D'AMICO, WARDEN OF THE UTAH STATE CORRECTIONAL FACILITY, *in her official capacity*; UTAH DEPARTMENT OF HEALTH AND HUMAN SERVICES; TRACY GRUBER, EXECUTIVE DIRECTOR OF THE UTAH DEPARTMENT OF HEALTH AND HUMAN SERVICES, *in her official capacity*; DR. STACEY BANK, EXECUTIVE MEDICAL DIRECTOR OF CLINICAL SERVICES UTAH DEPARTMENT OF HEALTH AND HUMAN SERVICES, *in her official capacity; and* DR. MARCUS WISNER, DIRECTOR OF CORRECTIONAL HEALTH SERVICES, UTAH DEPARTMENT OF HEALTH AND HUMAN SERVICES, *in his official capacity,*<br><br>Defendants. | **MOTION IN LIMINE TO REQUIRE REFERRING TO ALL PLAINTIFFS USING THEIR LIVED NAMES AND PRONOUNS AND HONORIFICS**<br><br>Case No. Case No. 2:25-cv-01108-TC<br><br>Honorable Judge Tena Campbell<br><br>Magistrate Judge Jared C. Bennett |

Jacqueline A. Domenella*
Diane O'Connell*
DENTONS US LLP
233 South Wacker Drive, Suite 5900
Chicago, IL 60606-6361
Telephone: 312-876-8000
Email: jacqui.giannini@dentons.com
Email: diane.oconnell@dentons.com

Evan Wolfson*
Hannah Rochford*
DENTONS US LLP
1221 Avenue of the Americas
New York, NY 10020-1089
Telephone: 212-768-6700
Email: evan@freedomtomarry.org
Email: hannah.rochford@dentons.com

David W. Tufts (Bar No. 8736)
DENTONS DURHAM
JONES PINEGAR P.C.
111 South Main Street, Suite 2400
Salt Lake City, UT 84111
Telephone: 801-415-3000
Email: david.tufts@dentons.com

Abigail Cook (Bar No. 19781)
Tom Ford (Bar No. 19795)
Masami T. Kanegae (Bar No. 20270)
ACLU OF UTAH FOUNDATION, INC.
311 South State St., Suite 310
Salt Lake City, UT 84111
Telephone: 801-521-9862
Email: acook@acluutah.org
Email: tford@acluutah.org
Email: mkanegae@acluutah.org

Sonja D. Kerr*
Elizabeth P. Dankers*
LAMBDA LEGAL DEFENSE
AND EDUCATION FUND, INC.
3500 Oak Lawn Avenue, Suite 500
Dallas, TX 75219
Telephone: 610-675-7192
Email: skerr@lambdalegal.org
Email: ldankers@lambdalegal.org

Richard Saenz*
Whit Washington*
LAMBDA LEGAL DEFENSE
AND EDUCATION FUND, INC.
120 Wall Street, 19th Floor
New York, NY 10005
Telephone: 212-809-8585
Email: rsaenz@lambdalegal.org
Email: wwashington@lambdalegal.org

*Counsel for Plaintiffs*

*Admitted Pro Hac Vice*

Plaintiffs Virginia Tucker (she/her), Stephanie Dombroski (she/her), Sandy Phillips (she/her), Amberli Morrigan (she/her), and Dakota Grunwald (he/him) respectfully ask the Court to order all courtroom participants to refer to them by their lived names, pronouns, and honorifics.

A bedrock principle of the United States justice system is that all litigants must receive fair and equal treatment under the law. Disrespectful courtroom behavior undermines this. That is why "[a]ll persons involved in the judicial process—judges, litigants, witnesses, and court officers—owe a duty of courtesy to all other participants." *In re Snyder*, 472 U.S. 634, 647 (1985). Due process entitles litigants to a fair proceeding with a meaningful opportunity to be heard, which in turn necessitates basic dignity and respect. *See, e.g., Cham v. Att'y Gen. of U.S.*, 445 F.3d 683, 690–91 (3d Cir. 2006).

One element of treating others with dignity is referring to people by their correct pronouns and honorifics.[1] Transgender people are particularly vulnerable to violations of this norm. Studies indicate that transgender people are "frequently misgendered by others" and "these experiences le[a]d them to feel stigmatized."[2] Referring to a transgender person using incorrect pronouns causes psychological distress and contributes to prejudice and stigma.[3]

---

[1] Kevin A. McLemore, *A Minority Stress Perspective on Transgender Individuals' Experiences With Misgendering*, 3 Stigma & Health 53 (2016), https://psycnet.apa.org/record/2016-54169-001.

[2] *Id.* at 54 (citing Kevin A. McLemore, *Experiences of Misgendering: Identity Misclassification of Transgender Spectrum Individuals*, 14 Self & Identity 51 (2014), https://www.tandfonline.com/doi/abs/10.1080/15298868.2014.950691).

[3] *Id.* At 61.

Recognizing this vulnerability, the Model Rules of Professional Conduct forbid attorneys from engaging in harassment or discrimination on the basis of gender identity. Am. Bar Ass'n, Model Rules of Professional Conduct 8.4(g) (2025). The United States Supreme Court honored this norm of human dignity in the landmark case *Bostock v. Clayton County, Georgia* when it consistently referred to transgender litigant Aimee Stephens by her chosen name and female pronouns. 590 U.S. 644, 653 (2020) ("Aimee Stephens worked at R.G. & G.R. Harris Funeral Homes in Garden City, Michigan. When she got the job, Ms. Stephens presented as a male.").

If attorneys, witnesses, marshals, or court staff were allowed to refer to Ms. Tucker, Ms. Dombroski, Ms. Phillips or Ms. Morrigan using male pronouns and honorifics, this would be disrespectful and distressing to them. Similarly, if attorneys, witnesses, marshals, or court staff were allowed to refer to Mr. Grunwald using female pronouns and honorifics, this would be disrespectful and distressing to him. All plaintiffs are particularly concerned about witnesses who are Utah Department of Corrections ("UDC") employees, since UDC staff members have frequently misgendered them.

Plaintiffs therefore respectfully ask this Court to grant this motion and instruct all participants in this case—litigants, witnesses, lawyers, and court staff—to use their chosen and lived names, pronouns, and honorifics, whenever the participants refer to each plaintiff. Plaintiffs ask the Court to instruct each witness accordingly before they begin testifying. This would demonstrate the Court's commitment to providing all plaintiffs a fair and dignified forum to present their claims.

Respectfully submitted March 23, 2026,

/s/ Jason M. Groth
Jason M. Groth (Bar No. 16683)
ACLU OF UTAH FOUNDATION, INC.
311 South State St., Suite 310
Salt Lake City, UT 84111
Telephone: 801-521-9862
Email: jgroth@acluutah.org

*Counsel for Plaintiffs*

## CERTIFICATE OF SERVICE

I hereby certify that on this 23rd day of March, 2026 a true copy of the foregoing has been filed with the Court utilizing its CM/ECF system, which will transmit a notice of electronic filing to counsel of record for all parties in this matter registered with the Court for this purpose.

Signed March 23, 2026

*/s/ Jason M. Groth*
Counsel for Plaintiffs