IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| VIRGINIA TUCKER, STEPHANIE DOMBROSKI, SANDY PHILLIPS, DAKOTA GRUNWALD, and AMBERLI K. MORRIGAN,<br><br>Plaintiffs,<br><br>v.<br><br>UTAH DEPARTMENT OF CORRECTIONS; JARED GARCIA, Executive Director of the Utah Department of Corrections, in his official capacity; SHARON D'AMICO, Warden of the Utah State Correctional Facility, in her official capacity; UTAH DEPARTMENT OF HEALTH AND HUMAN SERVICES; TRACY GRUBER, Executive Director of the Utah Department of Health and Human Services, in her official capacity; DR. STACEY BANK, Executive Medical Director of Clinical Services Utah Department of Health and Human Services, in her official capacity; and DR. MARCUS WISNER, Director of Correctional Health Services, Utah Department of Health and Human Services, in his official capacity,<br><br>Defendants. | **ORDER GRANTING REQUEST FOR LIVE TESTIMONY**<br><br>Case No. 2:25-cv-01108<br><br>Judge Tena Campbell |

The Plaintiffs request permission for Plaintiffs Dombroski, Phillips, and Tucker to provide live testimony at the preliminary injunction hearing. The court finds that this testimony is relevant and appropriate and GRANTS the request to have these Plaintiffs testify at the preliminary injunction hearing.

DATED this 13th day of April, 2026.

BY THE COURT:

Tena Campbell
United States District Judge