David W. Tufts (Bar No. 8736)
DENTONS DURHAM JONES PINEGAR P.C.
111 South Main Street, Suite 2400
Salt Lake City, UT 84111
Telephone: 801-415-3000
Email: david.tufts@dentons.com

*Counsel for Plaintiffs*
[Additional Counsel on Following Page]

### IN THE UNITED STATES DISTRICT COURT
### DISTRICT OF UTAH

| | |
|---|---|
| VIRGINIA TUCKER, STEPHANIE DOMBROSKI, SANDY PHILLIPS, DAKOTA GRUNWALD, and AMBERLI K. MORRIGAN<br><br>Plaintiffs,<br><br>v.<br><br>UTAH DEPARTMENT OF CORRECTIONS; JARED GARCIA, EXECUTIVE DIRECTOR OF THE UTAH DEPARTMENT OF CORRECTIONS, *in his official capacity*; SHARON D'AMICO, WARDEN OF THE UTAH STATE CORRECTIONAL FACILITY, *in her official capacity*; UTAH DEPARTMENT OF HEALTH AND HUMAN SERVICES; TRACY GRUBER, EXECUTIVE DIRECTOR OF THE UTAH DEPARTMENT OF HEALTH AND HUMAN SERVICES, *in her official capacity*; DR. STACEY BANK, EXECUTIVE MEDICAL DIRECTOR OF CLINICAL SERVICES UTAH DEPARTMENT OF HEALTH AND HUMAN SERVICES, *in her official capacity; and* DR. MARCUS WISNER, DIRECTOR OF CORRECTIONAL HEALTH SERVICES, UTAH DEPARTMENT OF HEALTH AND HUMAN SERVICES, *in his official capacity.*<br><br>Defendants. | **SECOND JOINT STIPULATION RE: HEARING ON APRIL 28 & 29, 2026**<br><br>Civil Case No.: 2:25-cv-01108-TC<br><br>Judge Tena Campbell |

SL_8933022.1

Jacqueline A. Domenella*
Diane O'Connell*
DENTONS US LLP
233 South Wacker Drive, Suite 5900
Chicago, IL 60606-6361
Telephone: 312-876-8000
Email: jacqui.domenella@dentons.com
Email: diane.oconnell@dentons.com

Evan Wolfson*
Hannah Rochford*
DENTONS US LLP
1221 Avenue of the Americas
New York, NY 10020-1089
Telephone: 212-768-6700
Email: evan@freedomtomarry.org
Email: hannah.rochford@dentons.com

Anna Isernia*
DENTONS US LLP
1900 K Street NW
Washington, DC 20006
Telephone: 202-496-7500
Email: anna.isernia@dentons.com

Jason M. Groth (Bar No. 16683)
Abigail Cook (Bar No. 19781)
Masami Kanegae (Bar No. 20270)
Tom Ford (Bar No. 19795)
ACLU OF UTAH FOUNDATION, INC.
311 South State St., Suite 310
Salt Lake City, UT 84111
Telephone: 801-521-9862
Email: jgroth@acluutah.org
Email: acook@acluutah.org
Email: mkanegae@acluutah.org
Email: tford@acluutah.org

Sonja D. Kerr*
Elizabeth P. Dankers*
LAMBDA LEGAL DEFENSE
AND EDUCATION FUND, INC.
3500 Oak Lawn Avenue, Suite 500
Dallas, TX 75219
Telephone: 610-675-7192
Email: skerr@lambdalegal.org
Email: ldankers@lambdalegal.org

Richard Saenz*
Whit Washington*
LAMBDA LEGAL DEFENSE
AND EDUCATION FUND, INC.
120 Wall Street, 19th Floor
New York, NY 10005
Telephone: 212-809-8585
Email: rsaenz@lambdalegal.org
Email: wwashington@lambdalegal.org

*Counsel for Plaintiffs*

*\*Pro hac vice* granted by the Court.

2

**SECOND JOINT STIPULATION RE: HEARING**
**ON APRIL 28 & 29, 2026**

There is on calendar an evidentiary hearing scheduled for April 28 & 29, 2026 (ECF 114). Through their meet-and-confer efforts, the parties have reached the following stipulations for this hearing:

1.  Ms. Tucker, Ms. Dombroski, and Ms. Phillips have a diagnosis of gender dysphoria, Ms. Tucker has a diagnosis of ▮▮▮▮▮▮▮▮, and Ms. Phillips has a diagnosis of ▮▮▮▮▮▮▮▮▮.

2.  The qualifications of experts Dr. Golden, Dr. Gorton, Dr. Laidlaw, and Dr. Levine can be received in connection with the Preliminary Injunction based on their CVs which shall be admitted, but the parties reserve their right to file Daubert motions at a later stage.

3.  Neither side objects to the authenticity of Plaintiffs' medical records and UDC records for purposes of the Preliminary Injunction hearing, but the parties reserve their right to assert authenticity objections at a later stage.  The parties reserve their right to assert other objections, such as objections that the records are not accurate and not complete.

Defendants have confirmed via email from counsel that they agree Plaintiffs may affix counsel's electronic signature hereto.

SL_8933022.1

Respectfully submitted April 24, 2026

Jacqueline A. Domenella*
Diane O'Connell*
DENTONS US LLP
233 South Wacker Drive, Suite 5900
Chicago, IL 60606-6361
Telephone: 312-876-8000
Email: jacqui.domenella@dentons.com
Email: diane.oconnell@dentons.com

Evan Wolfson*
Hannah Rochford*
DENTONS US LLP
1221 Avenue of the Americas
New York, NY 10020-1089
Telephone: 212-768-6700
Email: evan@freedomtomarry.org
Email: hannah.rochford@dentons.com

Anna Isernia*
DENTONS US LLP
1900 K Street NW
Washington, DC 20006
Telephone: 202-496-7500
Email: anna.isernia@dentons.com

s/ *David W. Tufts*

David W. Tufts (Bar No. 8736)
DENTONS DURHAM JONES PINEGAR P.C.
111 South Main Street, Suite 2400
Salt Lake City, UT 84111
Telephone: 801-415-3000
Email: david.tufts@dentons.com

Jason M. Groth (Bar No. 16683)
Abigail Cook (Bar No. 19781)
Masami Kanegae (Bar No. 20270)
Tom Ford (Bar No. 19795)
ACLU OF UTAH FOUNDATION, INC.
311 South State St., Suite 310
Salt Lake City, UT 84111
Telephone: 801-521-9862
Email: jgroth@acluutah.org
Email: acook@acluutah.org
Email: mkanegae@acluutah.org
Email: tford@acluutah.org

Sonja D. Kerr*
Elizabeth P. Dankers*
LAMBDA LEGAL DEFENSE
AND EDUCATION FUND, INC.
3500 Oak Lawn Avenue, Suite 500
Dallas, TX 75219
Telephone: 610-675-7192
Email: skerr@lambdalegal.org
Email: ldankers@lambdalegal.org

Richard Saenz*
Whit Washington*
LAMBDA LEGAL DEFENSE
AND EDUCATION FUND, INC.
120 Wall Street, 19th Floor
New York, NY 10005
Telephone: 212-809-8585
Email: rsaenz@lambdalegal.org
Email: wwashington@lambdalegal.org

SL_8933022.1

*Counsel for Plaintiffs*

*\*Pro hac vice* granted by the Court.

Joinder in Joint Stipulation:

*s/ Keith Barlow\**
Keith Barlow
David Wolf
Jorden Truman
Jason Dupree
OFFICE OF THE UTAH ATTORNEY GENERAL

*Counsel for Defendants*
*\*signature affixed with permission of counsel*

5

SL_8933022.1

## CERTIFICATE OF SERVICE

I hereby certify that on April 24, 2026, a true and correct copy of the foregoing was filed using the Court's electronic filing system, which caused the same to be served upon all counsel of record.

_/s/ Kristin Hughes_

SL_8933022.1