Jason M. Groth (Bar No. 16683)
ACLU OF UTAH FOUNDATION, INC.
311 South State St., Suite 310
Salt Lake City, UT 84111
Telephone: 801-521-9862
Email: jgroth@acluutah.org

*Counsel for Plaintiffs*
[Additional Counsel on Following Page]

**IN THE UNITED STATES DISTRICT COURT**
**DISTRICT OF UTAH**

| | |
|---|---|
| VIRGINIA TUCKER, STEPHANIE DOMBROSKI, and SANDY PHILLIPS.<br><br>Plaintiffs,<br><br>v.<br><br>UTAH DEPARTMENT OF CORRECTIONS; JARED GARCIA, EXECUTIVE DIRECTOR OF THE UTAH DEPARTMENT OF CORRECTIONS, *in his official capacity*; SHARON D'AMICO, WARDEN OF THE UTAH STATE CORRECTIONAL FACILITY, *in her official capacity*; UTAH DEPARTMENT OF HEALTH AND HUMAN SERVICES; TRACY GRUBER, EXECUTIVE DIRECTOR OF THE UTAH DEPARTMENT OF HEALTH AND HUMAN SERVICES, *in her official capacity*; DR. STACEY BANK, EXECUTIVE MEDICAL DIRECTOR OF CLINICAL SERVICES UTAH DEPARTMENT OF HEALTH AND HUMAN SERVICES, *in her official capacity; and* DR. MARCUS WISNER, DIRECTOR OF CORRECTIONAL HEALTH SERVICES, UTAH DEPARTMENT OF HEALTH AND HUMAN SERVICES, *in his official capacity.*<br><br>Defendants. | **REQUEST TO SUBMIT PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION, DEFENDANTS' MOTION TO DISMISS AND DEFENDANTS' MOTION FOR SUMMARY JUDGMENT FOR DECISION**<br><br>Civil Case No.: 2:25-cv-01108-TC<br><br>Judge Tena Campbell |

Jacqueline A. Domenella*
Diane O'Connell*
DENTONS US LLP
233 South Wacker Drive, Suite 5900
Chicago, IL 60606-6361
Telephone: 312-876-8000
Email: jacqui.domenella@dentons.com
Email: diane.oconnell@dentons.com

Evan Wolfson*
Hannah Rochford*
DENTONS US LLP
1221 Avenue of the Americas
New York, NY 10020-1089
Telephone: 212-768-6700
Email: evan@freedomtomarry.org
Email: hannah.rochford@dentons.com

Anna Isernia*
DENTONS US LLP
1900 K Street NW
Washington, DC 20006
Telephone: 202-496-7500
Email: anna.isernia@dentons.com

David W. Tufts (Bar No. 8736)
DENTONS DURHAM JONES PINEGAR P.C.
111 South Main Street, Suite 2400
Salt Lake City, UT 84111
Telephone: 801-415-3000
Email: david.tufts@dentons.com

Abigail Cook (Bar No. 19781)
Tom Ford (Bar No. 19795)
Masami T. Kanegae (Bar No. 20270)
ACLU OF UTAH FOUNDATION, INC.
311 South State St., Suite 310
Salt Lake City, UT 84111
Telephone: 801-521-9862
Email: acook@acluutah.org
Email: tford@acluutah.org
Email: mkanegae@acluutah.org

Sonja D. Kerr*
Elizabeth P. Dankers*
LAMBDA LEGAL DEFENSE
AND EDUCATION FUND, INC.
3500 Oak Lawn Avenue, Suite 500
Dallas, TX 75219
Telephone: 610-675-7192
Email: skerr@lambdalegal.org
Email: ldankers@lambdalegal.org

Richard Saenz*
Whit Washington*
LAMBDA LEGAL DEFENSE
AND EDUCATION FUND, INC.
120 Wall Street, 19th Floor
New York, NY 10005
Telephone: 212-809-8585
Email: rsaenz@lambdalegal.org
Email: wwashington@lambdalegal.org

*Counsel for Plaintiffs*

**Pro hac vice granted by the Court.*

Counsel for Plaintiffs respectfully request to submit for decision the Plaintiffs' Motion for Preliminary Injunction, Defendants' Motion to Dismiss, and Defendants' Motion for Summary Judgment. Pursuant to DUCivR 7-3(b), counsel for Plaintiffs provide the following recitation:

**A. Plaintiffs' Motion for Preliminary Injunction**

1. Plaintiffs' Motion and Memorandum of Law in Support of a Preliminary Injunction (Dkt. 035) was filed on January 16, 2026 seeking injunctive relief to remedy the ongoing harms to Ms. Tucker, Ms. Dombroski, and Ms. Phillips caused by Defendants' failure to provide adequate medical care including hormone therapy for the treatment of Plaintiffs' gender dysphoria.
2. Defendants' Opposition to Plaintiffs' Motion for Preliminary Injunction (Dkt. 082) was filed April 3, 2026.
3. Plaintiffs' Reply in Support of Motion for Preliminary Injunction (Dkt. 119) was filed on April 17, 2026.
4. Defendants filed a Notice of Supplemental Authority – *West Virginia v. BPJ* (Dkt. 150) specific to issues in the Motion for Preliminary Injunction on July 2, 2026.
5. Plaintiffs' Response to Defendants' Notice of Supplemental Authority – *West Virginia v. BPJ* (Dkt. 151) was filed on July 9, 2026.

**B. Defendants' Motion to Dismiss**

1. Defendants' Motion to Dismiss Plaintiffs' Complaint Pursuant to Fed. R. Civ. P. 12(b)(1) and 12(b)(6) (Dkt. 045) was filed on January 23, 2026.

2. Defendants' Renewed Motion to Dismiss Plaintiffs' Amended Complaint Pursuant to Fed. R. Civ. P. 12(b)(1) and 12(b)(6) (Dkt. 054) was filed on March 6, 2026.
3. Plaintiffs' Response in Opposition to Defendants' Motion to Dismiss the First Amended Complaint (Dkt. 081) was filed on April 3, 2026.
4. Defendants' Reply Memorandum in Support of Defendants' Renewed Motion to Dismiss Plaintiffs' Amended Complaint (Dkt. 120) was filed on April 17, 2026.

**C. Defendants' Motion for Summary Judgment**

1. Defendants' Summary Judgment Motion on Plaintiffs' Failure to Exhaust (Dkt. 055) was filed on March 6, 2026.
2. Plaintiffs' Response to Defendants' Summary Judgment Motion on Plaintiffs' Failure to Exhaust (Dkt. 087) was filed on April 3, 2026.
3. Plaintiffs filed a Motion for Rule 56(d) Relief (Dkt. 088) on April 3, 2026.
4. Defendants' Reply Memorandum in Support of Motion for Summary Judgment on Plaintiffs' Failure to Exhaust (Dkt. 121) was filed on April 17, 2026.
5. Defendants' Memorandum in Opposition to Plaintiffs' Motion for Rule 56(d) Relief (Dkt. 124) was filed on April 17, 2026.
6. Plaintiffs filed a Notice of Supplement Authority (Dkt. 128) specific to issues related to the Motion for Summary Judgment on April 21, 2026.
7. Defendants' Response to Plaintiffs' Notice of Supplemental Authority (Dkt. 129) was filed on April 24, 2026.
8. Plaintiffs' Reply Memorandum in Support of Motion for Rule 56(d) Relief (Dkt. 135) was filed on April 27, 2026.

**D. Evidentiary Hearing**

1. A two-day hearing addressing each motion was held from April 28-April 29, 2026, before Judge Campbell. The Court heard oral argument on each motion and the parties presented evidence on the Motion for Preliminary Injunction.

With the aforementioned matters before Court fully briefed and argued, Plaintiffs respectfully request that this honorable Court issue respective Orders on the pending motions.

Respectfully submitted August 27, 2026.

/s/ *Jason M. Groth*

Jacqueline A. Domenella*
Diane O'Connell*
DENTONS US LLP
233 South Wacker Drive, Suite 5900
Chicago, IL 60606-6361
Telephone: 312-876-8000
Email: jacqui.domenella@dentons.com
Email: diane.oconnell@dentons.com

Evan Wolfson*
Hannah Rochford*
DENTONS US LLP
1221 Avenue of the Americas
New York, NY 10020-1089
Telephone: 212-768-6700
Email: evan@freedomtomarry.org
Email: hannah.rochford@dentons.com

Anna Isernia*
DENTONS US LLP
1900 K Street NW
Washington, DC 20006
Telephone: 202-496-7500
Email: anna.isernia@dentons.com

David W. Tufts (Bar No. 8736)
DENTONS DURHAM JONES PINEGAR P.C.
111 South Main Street, Suite 2400
Salt Lake City, UT 84111
Telephone: 801-415-3000
Email: david.tufts@dentons.com

Jason M. Groth (Bar No. 16683)
Abigail Cook (Bar No. 19781)
Tom Ford (Bar No. 19795)
Masami T. Kanegae (Bar No. 20270)
ACLU OF UTAH FOUNDATION, INC.
311 South State St., Suite 310
Salt Lake City, UT 84111
Telephone: 801-521-9862
Email: jgroth@acluutah.org
Email: acook@acluutah.org
Email: tford@acluutah.org
Email: mkanegae@acluutah.org

Sonja D. Kerr*
Elizabeth P. Dankers*
LAMBDA LEGAL DEFENSE
AND EDUCATION FUND, INC.
3500 Oak Lawn Avenue, Suite 500
Dallas, TX 75219
Telephone: 610-675-7192
Email: skerr@lambdalegal.org
Email: ldankers@lambdalegal.org

Richard Saenz*
Whit Washington*
LAMBDA LEGAL DEFENSE
AND EDUCATION FUND, INC.
120 Wall Street, 19th Floor
New York, NY 10005
Telephone: 212-809-8585
Email: rsaenz@lambdalegal.org
Email: wwashington@lambdalegal.org

*Counsel for Plaintiffs*

**Pro hac vice* granted by the Court.